# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Justin Wayne Tulloss

Cr.: 13-00794-001
PACTS #: 66546

Name of Sentencing Judicial Officer: THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2019

Original Offense: Possession with Intent to Distribute Cocaine: 21 U.S.C. § 841(a)(1) & (b)(1)(B), and 18 U.S.C. § 2

Original Sentence: 60 months' probation

Special Conditions: Drug Treatment, Special Assessment, Substance Abuse Testing, 500 hours Community Service, Life Skills Counseling, Mental Health Treatment, Education/Training Requirements

Type of Supervision: Probation          Date Supervision Commenced: June 3, 2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                        The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

On October 18, 2019, Tulloss provide the Probation Office with a sample for urinary testing, which tested positive for cocaine. Sample was submitted to the National Laboratory, where it was confirmed positive for Benzoylecgonine, a cocaine metabolite.

2

The offender has violated the special supervision condition which states '**You must contribute 500 hours of community service work over a period of 60 Months or less, from the date supervision commences. Such service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.'**

On November 15, 2019, the Probation Office made contact with Habitat for Humanity to determine Tulloss' progress with his community service and it was determined that Tulloss has completed four hours, with one additional hour since his status conference on September 13, 2019.

U.S. Probation Officer Action:

We recommend no formal Court action at this time and the violations be held in abeyance. As a result of the positive testing, Tulloss will be tested at an increased frequency, will participate in group cognitive behavioral therapy, and continue his individual dual-diagnosis sessions. The Probation Form 12A (Report on Offender under Supervision), will also serve as an official written reprimand from the Court.

Respectfully submitted,

*Elisa Martinez/km*

By: Elisa Martinez
Supervising U.S. Probation Officer
Date: 01/07/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.
Date