PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Justin Wayne Tulloss                                                                 Cr.: 13-00794-001
                                                                                                                                    PACTS #: 66546

Name of Sentencing Judicial Officer:     THE HONORABLE ESTHER SALAS
                                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2019

Original Offense:    Possession with Intent to Distribute Cocaine: 21 U.S.C. § 841(a)(1) & (b)(1)(B), and
                                18 U.S.C. § 2

Original Sentence: 60 months' probation

Special Conditions: Drug Treatment, Special Assessment, Substance Abuse Testing, 500 hours of Community Service, Life Skills Counseling, Mental Health Treatment, Education/Training Requirements

Type of Supervision: Probation                                              Date Supervision Commenced: May 30, 2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

      On February 25 and 26, 2020, Tulloss provide the Probation Office with a sample for urinary testing, which yielded positive results for cocaine.

2     The offender has violated the special supervision condition which states '**You must contribute 500 hours of community service work over a period of 60 Months or less, from the date supervision commences. Such service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.**'

      Tulloss has not completed any community service hours since the last court notification on January 7, 2020. He has only complete four (4) of his 500 required community service hours thus far.

Prob 12A – page 2
Justin Wayne Tulloss

U.S. Probation Officer Action:

When confronted, Tulloss expressed having a difficult time emotionally and believed he was depressed. Tulloss was referred for psychiatric treatment services, where Tulloss was prescribed Lexapro which he reports improved his mood and level of motivation. Tulloss will continue dual-diagnosis counseling sessions. The Probation Office will continue to monitor his participation and compliance with treatment and supervision conditions. We recommend no formal Court action at this time. The Probation Form 12A (Report on Offender under Supervision) will also serve as an official written reprimand from the Court.

Respectfully submitted,

*Elisa Martinez/km*

By: Elisa Martinez
Supervising U.S. Probation Officer
Date: 06/02/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time & Probation Form 12A will serve as an official written reprimand from the Court. (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Hon. Esther Salas, U.S.D.J.
Signature of Judicial Officer

6/16/2020
Date